```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 15-03506-RNO
Nancy Wilson                                                        Chapter 7
        Debtor                  CERTIFICATE OF NOTICE
District/off: 0314-5         User: MMchugh              Page 1 of 1          Date Rcvd: Nov 21, 2016
                             Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2016.
db             +Nancy Wilson,    398 Fiddletown Rd.,    Kunkletown, PA 18058-7253

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2016 at the address(es) listed below:
              Anne K. Fiorenza    on behalf of Asst. U.S. Trustee    United States Trustee
               Anne.Fiorenza@usdoj.gov, Jennifer.m.smith@usdoj.gov;ustpregion03.ha.ecf@usdoj.gov
              Bradley Warren Weidenbaum    on behalf of Debtor Nancy  Wilson weidenbaumlaw@gmail.com,
               G25181@notify.cincompass.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. Et Al... bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| NANCY WILSON | : | CASE NO. 5-15-bk-03506-RNO |
| | : | |
| Debtor | : | CHAPTER 7 |
| | : | |
| ANDREW R. VARA | : | |
| ACTING UNITED STATES TRUSTEE | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| NANCY WILSON | : | |
| Respondent | : | |

## ORDER

Upon consideration of the United States Trustee's Motion to Reopen Case, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2. The above-captioned case is reopened; and

3. The United States Trustee is hereby directed to appoint a Chapter 7 Trustee.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: November 21, 2016