```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 15-03506-RNO
Nancy Wilson                                                    Chapter 7
        Debtor                 CERTIFICATE OF NOTICE

District/off: 0314-5        User: MMchugh            Page 1 of 1        Date Rcvd: Nov 29, 2016
                            Form ID: ntasset         Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2016.
```
db            +Nancy Wilson,    398 Fiddletown Rd.,    Kunkletown, PA 18058-7253
4684155       +Bradley Warren Weidenbaum,    PO BOX 721,    BRODHEADSVILLE, PA 18322-0721
4684154       +Wilson Nancy E,    398 Fiddletown Road,    Kunkletown, PA 18058-7253
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4684156       +EDI: BANKAMER.COM Nov 29 2016 18:58:00     Bk Of Amer,    450 American St,
               Simi Valley, CA 93065-6285
4719934        EDI: BL-BECKET.COM Nov 29 2016 18:58:00     Kohl's,    c/o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355-0701
4684157       +EDI: CBSKOHLS.COM Nov 29 2016 18:58:00     Kohls/capone,    N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
4684158       +EDI: SEARS.COM Nov 29 2016 18:58:00     Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
4684159       +EDI: RMSC.COM Nov 29 2016 18:58:00     Syncb/lowes,    Po Box 956005,    Orlando, FL 32896-0001
4684160       +E-mail/Text: bankruptcydepartment@tsico.com Nov 29 2016 18:58:38     Transworld Sys Inc/99,
               507 Prudential Rd,    Horsham, PA 19044-2308
4684161       +EDI: WFFC.COM Nov 29 2016 18:58:00     Wells Fargo,    Po Box 14517,    Des Moines, IA 50306-3517
4684162        EDI: WFFC.COM Nov 29 2016 18:58:00     Wells Fargo Bank,    Po Box 6422,
               Carol Stream, IL 60197-6422
4684163       +EDI: WFFC.COM Nov 29 2016 18:58:00     Wf Pll,    Po Box 94435,    Albuquerque, NM 87199-4435
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Kohl's,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2016 at the address(es) listed below:
```
              Anne K. Fiorenza    on behalf of Asst. U.S. Trustee    United States Trustee
               Anne.Fiorenza@usdoj.gov, Jennifer.m.smith@usdoj.gov;ustpregion03.ha.ecf@usdoj.gov
              Bradley Warren Weidenbaum    on behalf of Debtor Nancy  Wilson weidenbaumlaw@gmail.com,
               G25181@notify.cincompass.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              John J. Martin    on behalf of Trustee John J Martin (Trustee) jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. Et Al... bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7
```

ntasset(B204)(04/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Nancy Wilson
Debtor(s)

Chapter 7

Case No. 5:15−bk−03506−RNO

Social Security No.:
xxx−xx−9513

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE A PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: **March 2, 2017**

Creditors who do not file a proof of claim on or before this date may not share in any distribution from the debtor's estate.

**A PROOF OF CLAIM FORM can be filed electronically using our proof of claim system (ePOC) found on our web page at: http://www.pamb.uscourts.gov − Filing a Claim (ePOC)**

Alternatively, you may file a claim by regular mail with the court at the address listed below using the proof of claim form found at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

To receive acknowledgment of your filing, you may either enclose a stamped, self−addressed envelope and a copy of your proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim .

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: MMchugh |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 29, 2016 |