UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NANCY WILSON | CASE NO: 15-03506 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: |
| | ECF Docket Reference No. |
| | Judge: Robert N. Opel |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 4/21/2017, I did cause a copy of the following documents, described below,

Notice of Trustee's Final Report,

Trustee's Timesheet

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 4/21/2017

/s/ John J. Martin Esquire
John J. Martin Esquire  61725
Law Offices of John J. Martin
1022 Court Street
Honesdale, PA  18431
570 253 6899
nmundy@martin-law.net

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NANCY WILSON | CASE NO: 15-03506 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter:<br>ECF Docket Reference No.<br>Judge: Robert N. Opel<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 4/21/2017, a copy of the following documents, described below,

Notice of Trustee's Final Report,

Trustee's Timesheet

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/21/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Law Offices of John J. Martin
John J. Martin Esquire
1022 Court Street
Honesdale, PA  18431

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1  LABEL MATRIX FOR LOCAL NOTICING
   03145
   CASE 5-15-BK-03506-JJT
   MIDDLE DISTRICT OF PENNSYLVANIA
   WILKES-BARRE
   FRI APR 21 14-11-22 EDT 2017

2  BK OF AMER
   450 AMERICAN ST
   SIMI VALLEY CA 93065-6285

3  BRADLEY WARREN WEIDENBAUM
   PO BOX 721
   BRODHEADSVILLE PA 18322-0721

4  CAPITAL ONE NA
   CO BECKET AND LEE LLP
   PO BOX 3001
   MALVERN PA 19355-0701

5  ANNE K FIORENZA
   US DEPARTMENT OF JUSTICE
   OFFICE OF THE UNITED STATES TRUSTEE
   228 WALNUT STREET ROOM 1190
   HARRISBURG PA 17101-1722

6  JOSHUA I GOLDMAN
   KML LAW GROUP PC
   701 MARKET STREET
   SUITE 5000
   PHILADELPHIA PA 19106-1541

7  KOHLS
   CO BECKET AND LEE LLP
   POB 3001
   MALVERN PA 19355-0701

8  KOHLSCAPONE
   N56 W 17000 RIDGEWOOD DR
   MENOMONEE FALLS WI 53051-7096

9  JOHN J MARTIN
   LAW OFFICES JOHN J MARTIN
   1022 COURT STREET
   HONESDALE PA 18431-1925

10  JOHN J MARTIN TRUSTEE
    LAW OFFICES OF JOHN J MARTIN
    1022 COURT STREET
    HONESDALE PA 18431-1925

11  SEARSCBNA
    PO BOX 6282
    SIOUX FALLS SD 57117-6282

12  SYNCBLOWES
    PO BOX 956005
    ORLANDO FL 32896-0001

13  TRANSWORLD SYS INC99
    507 PRUDENTIAL RD
    HORSHAM PA 19044-2308

14  UNITED STATES TRUSTEE
    228 WALNUT STREET SUITE 1190
    HARRISBURG PA 17101-1722

15  WELLS FARGO BANK NA
    MAC F823502F
    PO BOX 10438
    DES MOINES IA 50306-0438

16  WELLS FARGO
    PO BOX 14517
    DES MOINES IA 50306-3517

17  WELLS FARGO BANK
    PO BOX 6422
    CAROL STREAM IL 60197-6422

18  WELLS FARGO BANK NA
    WELLS FARGO CARD SERVICES
    PO BOX 10438 MAC F8235-02F
    DES MOINES IA 50306-0438

*DEBTOR*

19  WF PLL
    PO BOX 94435
    ALBUQUERQUE NM 87199-4435

20  NANCY WILSON
    398 FIDDLETOWN RD
    KUNKLETOWN PA 18058-7253

21  WILSON NANCY E
    398 FIDDLETOWN ROAD
    KUNKLETOWN PA 18058-7253