# Timesheet Report
### Trustee: JOHN J. MARTIN (580440)
### Period: 01/01/00 - 03/30/17

| | | | |
|---|---|---|---|
| **Case Number:** 5-15-03506-RO | | **Case Name:** | WILSON, NANCY |
| **Case Type:** Assets | | **Judge:** | ROBERT N. OPEL |
| **Petition Date:** 08/17/15 | | **341a Meeting:** | 12/02/15  10:00 |

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 11/05/15 | ATTENDANCE AT AND COMPLETION OF ORIGINAL 341 MEETING OF CREDITORS - DETERMINED "NO ASSET" AT TIME | 0.30 | | $0.00 |
| 02/11/16 | REVIEW OF CORRESPONDENCE FROM DEBTOR'S COUNSEL RE: DEBTOR'S ENTITLEMENT TO INHERITANCE WITHIN 180 DAYS OF CASE FILING | 0.10 | | $0.00 |
| 11/01/16 | EMAIL TO UST OFFICE REQUESTING CASE BE REOPENED FOR ASSET - INHERITANCE | 0.20 | | $0.00 |
| 11/28/16 | REVIEW OF CORRESPONDENCE FROM MHK ATTORNEYS RE: AMOUNT OF INHERITANCE DUE DEBTOR | 0.50 | | $0.00 |
| 11/30/16 | PHONE CALL FROM DEBTOR RE: EXEMPTION | 0.30 | | $0.00 |
| 12/23/16 | OPEN BANK ACCOUNT FOR RECEIPT AND DEPOSIT OF INITIAL NET PROCEEDS TO ESTATE | 0.30 | | $0.00 |
| 12/30/16 | PREPARE AND MAIL DEBTOR'S EXEMPTION CHECK TO DEBTOR | 0.20 | | $0.00 |
| 02/23/17 | RECEIPT AND DEPOSIT OF FINAL PROCEEDS TO ESTATE (143.10) | 0.20 | | $0.00 |
| 03/10/17 | REVIEW OF CLAIMS REGISTER IN PREPARATION FOR TRUSTEE'S FINAL REPORT | 0.30 | | $0.00 |
| 03/10/17 | ECF FILING OF REQUEST FOR COURT COSTS | 0.10 | | $0.00 |
| 03/10/17 | PREPARED AND SUBMITTED TRUSTEE'S FINAL REPORT TO OFFICE OF THE UST FOR REVIEW | 1.50 | $200.000 | $300.00 |
| 03/10/17 | PREPARED AND FILED TRUSTEE'S NOTICE OF FINAL REPORT | 0.50 | | $0.00 |
| 03/30/17 | PREPARED AND FILED CERTIFICATE OF NO OBJECTION TO TRUSTEE'S FINAL REPORT (ESTIMATED - DATE UNDETERMINED AT THIS TIME) | 0.50 | | $0.00 |
| 03/30/17 | PREPARED AND MAILED CHECKS TO CLAIMANTS FOR FINAL DISBURSEMENT (ESTIMATED - DATE UNDETERMINED AT THIS | 0.60 | | $0.00 |

# Timesheet Report
**Trustee: JOHN J. MARTIN (580440)**
**Period: 01/01/00 - 03/30/17**

| | |
|---|---|
| **Case Number:** 5-15-03506-RO | **Case Name:** WILSON, NANCY |
| **Case Type:** Assets | **Judge:** ROBERT N. OPEL |
| **Petition Date:** 08/17/15 | **341a Meeting:** 12/02/15 10:00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| | TIME) | | |
| 03/30/17 | CLOSED BANK ACCOUNT, PREPARED AND SUBMITTED TRUSTEE'S DISTRIBUTION REPORT TO OFFICE OF UST FOR REVIEW (ESTIMATED - DATE UNDETERMINED AT THIS TIME) | 1.20 | $0.00 |
| 03/30/17 | CLOSED FILED (ESTIMATED - DATE UNDETERMINED AT THIS TIME) | 0.20 | $0.00 |

| | | | |
|---|---|---|---|
| | **Total for case 5-15-03506-RO:** | **7.00** | **$300.00** |
| | **Total for Trustee JOHN J. MARTIN:** | **7.00** | **$300.00** |
| | **Grand Total:** | **7.00** | **$300.00** |