IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| NANCY WILSON | : | 5-15-03506-RNO |
| | : | |
| DEBTOR(S) | : | CHAPTER 7 |

**TRUSTEE'S CERTIFICATE OF NO OBJECTION**

I, John J. Martin, Attorney for Chapter 7 Trustee, do hereby certify that no objections have been filed to the Chapter 7 Trustee's Final Report and Application for Compensation, and the time period to file such objection has elapsed.

Dated: May 12, 2017

/s/ John J. Martin, Esquire
John Martin, Esquire
1022 Court Street
Honesdale, Pa. 18431
(570) 253-6899
Counsel to Chapter 7 Trustee
jmartin@martin-law.net