```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 15-03506-JJT
Nancy Wilson                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: MMchugh          Page 1 of 1           Date Rcvd: May 19, 2017
                         Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
db             +Nancy Wilson,    398 Fiddletown Rd.,    Kunkletown, PA 18058-7253

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2017 at the address(es) listed below:
              Anne K. Fiorenza    on behalf of Asst. U.S. Trustee    United States Trustee
               Anne.Fiorenza@usdoj.gov,    Jennifer.m.smith@usdoj.gov;ustpregion03.ha.ecf@usdoj.gov
              Bradley Warren Weidenbaum    on behalf of Debtor Nancy  Wilson weidenbaumlaw@gmail.com,
               G25181@notify.cincompass.com
              John J Martin (Trustee)    pa36@ecfcbis.com,   trusteemartin@martin-law.net
              John J. Martin    on behalf of Trustee John J Martin (Trustee) jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. Et Al... bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN RE:

Nancy Wilson

Debtor(s)

Chapter 7

Case Number: 5:15-bk-03506-JJT

## ORDER APPROVING COMPENSATION AND DIRECTING PAYMENT OF COURT COSTS

The Trustee having filed the Final Report and Account and Application for Fees in this matter, and there being no outstanding objections thereto,

### IT IS ORDERED

FIRST: That the Trustee pay the following expenses of administration:

Clerk, U.S. Bankruptcy Court, the following charges:

|  | TOTAL |
|---|---|
| **COURT COSTS** | $ 0.00 |
|  | $ 0.00 |

SECOND: That **John J Martin (Trustee)**, Trustee, hereby is allowed the sum of **$ 553.62** as compensation for his services to the estate.

Any interim compensation and expenses previously approved by the court are hereby made final by this order.

By the Court,

_John J. Thomas, Bankruptcy Judge_
(RPR)

Date: May 19, 2017