# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re: WILSON, NANCY                                    Case No. 5:15-03506-RNO
_____,            Chapter   7
                        Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

   JOHN J. MARTIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $154,236.00                Assets Exempt: $18,310.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,452.18   Claims Discharged
                                             Without Payment: $24,715.47

Total Expenses of Administration: $586.31

---

   3) Total gross receipts of $     9,862.49     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     3,824.00  (see **Exhibit 2**), yielded net receipts of $6,038.49 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|                                                                 | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $144,180.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 586.31 | 586.31 | 586.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 30,220.47 | 20,682.65 | 20,682.65 | 5,452.18 |
| **TOTAL DISBURSEMENTS** | $174,400.47 | $21,268.96 | $21,268.96 | $6,038.49 |

4) This case was originally filed under Chapter 7 on August 17, 2015. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/28/2017          By: /s/JOHN J. MARTIN
                                               Trustee, Bar No.: 580440

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PROCEEDS FROM ESTATE OF RUTH M. WILSON - (US) | 1129-000 | 9,862.49 |
| **TOTAL GROSS RECEIPTS** | | **$9,862.49** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NANCY E. WILSON | DEBTOR'S EXEMPTION | 8100-002 | 3,824.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,824.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bk Of Amer | 4110-000 | 144,180.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$144,180.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOHN J. MARTIN | 2100-000 | N/A | 553.62 | 553.62 | 553.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.69 | 12.69 | 12.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$586.31** | **$586.31** | **$586.31** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | WELLS FARGO BANK, N.A. | 7100-000 | 10,792.00 | 10,584.17 | 10,584.17 | 2,790.11 |
| 2 | WELLS FARGO BANK, N.A. | 7100-000 | 7,280.47 | 7,305.47 | 7,305.47 | 1,925.80 |
| 3 | CAPITAL ONE, N.A. | 7100-000 | 2,663.00 | 2,793.01 | 2,793.01 | 736.27 |
| NOTFILED | Transworld Sys Inc/99 | 7100-000 | 188.00 | N/A | N/A | 0.00 |
| NOTFILED | Wf Pll | 7100-000 | 4,912.00 | N/A | N/A | 0.00 |
| NOTFILED | Pocono Ambulatory Surg. Ctr. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Syncb/lowes | 7100-000 | 3,892.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbna | 7100-000 | 493.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $30,220.47 | $20,682.65 | $20,682.65 | $5,452.18 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 5:15-03506-RNO | **Trustee:** | (580440) | JOHN J. MARTIN |
| **Case Name:** | WILSON, NANCY | **Filed (f) or Converted (c):** | 10/06/15 (c) | |
| | | **§341(a) Meeting Date:** | 09/28/15 | |
| **Period Ending:** | 06/28/17 | **Claims Bar Date:** | 03/02/17 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | PROCEEDS FROM ESTATE OF RUTH M. WILSON - (US)<br>Orig. Asset Memo: ASSET REALIZED AFTER CLOSING OF BK CASE, BUT WITHIN 180 DAYS OF FILING OF ORIGINAL BK CASE.; | 9,719.39 | 6,038.49 | | 9,862.49 | FA |
| 2 | 398 Fiddletown<br>Imported from original petition Doc# 25 | 140,000.00 | 0.00 | | 0.00 | FA |
| 3 | Wells Fargo accounts, certificates of deposit or<br>Imported from original petition Doc# 25 | 4,876.00 | 0.00 | | 0.00 | FA |
| 4 | Couch & 2 arm chairs<br>Imported from original petition Doc# 25 | 150.00 | 0.00 | | 0.00 | FA |
| 5 | DBL Dish set<br>Imported from original petition Doc# 25 | 20.00 | 0.00 | | 0.00 | FA |
| 6 | mirrior; celing fans; freezer; picinic table; ai<br>Imported from original petition Doc# 25 | 400.00 | 0.00 | | 0.00 | FA |
| 7 | Fikitchen table & 4 chairs<br>Imported from original petition Doc# 25 | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Ekitchen table and chairs<br>Imported from original petition Doc# 25 | 50.00 | 0.00 | | 0.00 | FA |
| 9 | -2Misc. Dish<br>Imported from original petition Doc# 25 | 20.00 | 0.00 | | 0.00 | FA |
| 10 | 1Queen Mattress & Frame<br>Imported from original petition Doc# 25 | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Silver ware utensils<br>Imported from original petition Doc# 25 | 20.00 | 0.00 | | 0.00 | FA |
| 12 | Stove & Refrigerator<br>Imported from original petition Doc# 25 | 200.00 | 0.00 | | 0.00 | FA |
| 13 | stove and refrigerator<br>Imported from original petition Doc# 25 | 100.00 | 0.00 | | 0.00 | FA |
| 14 | Washer-Dryer<br>Imported from original petition Doc# 25 | 100.00 | 0.00 | | 0.00 | FA |
| 15 | washer/dryer<br>Imported from original petition Doc# 25 | 150.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 5:15-03506-RNO  **Trustee:** (580440) JOHN J. MARTIN
**Case Name:** WILSON, NANCY  **Filed (f) or Converted (c):** 10/06/15 (c)
 **§341(a) Meeting Date:** 09/28/15
**Period Ending:** 06/28/17  **Claims Bar Date:** 03/02/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 16  misc clothes  Imported from original petition Doc# 25 | 200.00 | 0.00 | | 0.00 | FA |
| 17  2006 Jeep Wrangler other vehicles and accessorie  Imported from original petition Doc# 25 | 7,700.00 | 0.00 | | 0.00 | FA |
| 17  Assets  Totals (Excluding unknown values) | **$163,955.39** | **$6,038.49** | | **$9,862.49** | **$0.00** |

**Major Activities Affecting Case Closing:**

TDR UNDER REVIEW WITH THE UST

TDR UNDER REVIEW WITH THE UST

**Initial Projected Date Of Final Report (TFR):** March 10, 2017  **Current Projected Date Of Final Report (TFR):** March 10, 2017 (Actual)

Printed: 06/28/2017 11:26 AM   V.13.30

Case 5:15-bk-03506-JJT   Doc 59   Filed 07/11/17   Entered 07/11/17 12:50:44   Desc
Main Document   Page 6 of 7

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 5:15-03506-RNO  
**Case Name:** WILSON, NANCY  

**Taxpayer ID #:** **-***0101  
**Period Ending:** 06/28/17

**Trustee:** JOHN J. MARTIN (580440)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6966 - Checking Account  
**Blanket Bond:** $14,877,090.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/16 | {1} | ESTATE OF RUTH M. WILSON | AS PER FAMILY SETTLEMENT AGREEMENT FILED 12/20/16 WITH MONROE CTY REGISTER OF WILLS. ASSET REALIZED AFTER CLOSING OF BK CASE, BUT WITHIN 180 DAYS OF ORIGINAL FILING. | 1129-000 | 9,719.39 | | 9,719.39 |
| 12/30/16 | 101 | NANCY E. WILSON | DEBTOR'S EXEMPTION | 8100-002 | | 3,824.00 | 5,895.39 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,885.39 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.69 | 5,872.70 |
| 02/23/17 | {1} | MERWINE HANYON & KASPSZYK, LLP | FINAL DISBURSEMENT DUE DEBTOR FROM RUTH M. WILSON ESTATE | 1129-000 | 143.10 | | 6,015.80 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,005.80 |
| 05/15/17 | 102 | JOHN J. MARTIN | TRUSTEE COMPENSATION | 2100-000 | | 553.62 | 5,452.18 |
| 05/19/17 | 103 | WELLS FARGO BANK, N.A. | Dividend paid 26.36% on $10,584.17; Claim# 1; Filed: $10,584.17; Reference: | 7100-000 | | 2,790.11 | 2,662.07 |
| 05/19/17 | 104 | WELLS FARGO BANK, N.A. | Dividend paid 26.36% on $7,305.47; Claim# 2; Filed: $7,305.47; Reference: | 7100-000 | | 1,925.80 | 736.27 |
| 05/19/17 | 105 | CAPITAL ONE, N.A. | Dividend paid 26.36% on $2,793.01; Claim# 3; Filed: $2,793.01; Reference: | 7100-000 | | 736.27 | 0.00 |

|  | | | ACCOUNT TOTALS | | 9,862.49 | 9,862.49 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **9,862.49** | **9,862.49** | |
| | | | Less: Payments to Debtors | | | 3,824.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,862.49** | **$6,038.49** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******6966** | 9,862.49 | 6,038.49 | 0.00 |
| | $9,862.49 | $6,038.49 | $0.00 |